**LEVI & KORSINSKY, LLP**
ROSEMARY M. RIVAS (State Bar No. 209147)
rrivas@zlk.com
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Attorneys for Plaintiff Barbara Vance-Guerbe*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA VANCE-GUERBE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC,<br><br>Defendants. | Case No. 3:18-cv-02987-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Barbara Vance-Guerbe hereby voluntary dismisses her claims in the above-captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Dated: December 9, 2019          **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
ROSEMARY M. RIVAS (State Bar No. 209147)
rrivas@zlk.com
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Attorneys for Plaintiff Barbara Vance-Guerbe*